IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


VINCENT TRAN,                                  09-CV-692-BR

        Plaintiff,

                                               JUDGMENT

v.

TYCO ELECTRONICS CORPORATION
dba PRECISION INTERCONNECT,

        Defendant.



        Based on the Court's Opinion and Order (#__) issued

November 20, 2009, the Court **DISMISSES** this matter **with**

**prejudice**.

        IT IS SO ORDERED.

        DATED this 20th day of November, 2009.


                              /s/ Anna J. Brown
                              _____
                              ANNA J. BROWN
                              United States District Judge


1 - JUDGMENT